# EXHIBIT 1

# Complaint

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address: 1437 Bannock Street<br>Denver, Colorado 80202<br>_____<br>**Plaintiff:**<br><br>**DAWN GEIGER**<br><br>v.<br><br>**Defendant:**<br><br>**CHUBB INDEMNITY INSURANCE COMPANY**<br>_____<br>**GALPERIN AND ASSOCIATES**<br>Jacob Galperin, #45625<br>Rebecca Bilello, #51601<br>3773 Cherry Creek North Drive, Ste. 701E<br>Denver, Colorado 80209<br>Telephone: (720) 501-3451<br>Fax Number: (720) 533-6222<br>E-mail: jg@galperinlegal.com<br>         rb@galperinlegal.com | DATE FILED: April 7, 2023 9:42 AM<br>FILING ID: 195B10F076387<br>CASE NUMBER: 2023CV31040<br><br><br>▲  COURT USE ONLY  ▲<br><br>Case Number:<br><br>Div.:              Ctrm.: |
| **COMPLAINT** ||

   Plaintiff, **DAWN GEIGER** by and through undersigned counsel, Galperin & Associates, for her **COMPLAINT** against the above-named Defendant, states and alleges as follows:

### GENERAL ALLEGATIONS

1.   Plaintiff, Dawn Geiger (hereinafter "Plaintiff") currently resides at 8845 Sassafras Street, Parker, Colorado 80134.

2.   Chubb Indemnity Insurance Company (hereinafter "Defendant") is a licensed insurance company, licensed to do and doing business in Colorado.

3.   Venue is proper in the County of Denver, State of Colorado as the Defendant transacts business in the State of Colorado, County of Denver.

### FACTUAL ALLEGATIONS

4.   Plaintiff incorporates by reference the foregoing paragraphs of the Complaint.

5. Plaintiff was involved in a motor vehicle collision on December 8, 2018, with Emma Roberts, insured of Chubb Indemnity Insurance Company.

6. At all times relevant hereto, Defendant was obligated to comply with the provisions of C.R.S. § 10-3-1117.

7. Specifically, Defendant was required, *inter alia*, to disclose to Plaintiff's attorney within 30 days after receiving written request from the claimant's attorney, a copy of the complete policy of insurance, including any endorsements as well as information regarding any excess or umbrella insurance that is or may be relevant to the claim.

8. A formal written request pursuant to C.R.S. § 10-3-1117(2)(a) was made and sent to the insurer's registered agent, C T Corporation System, on May 1, 2020.

9. The registered agent for Defendant was designated and chosen by the insurer, Chubb Indemnity Insurance Company, to be C T Corporation System.

10. The formal written request pursuant to C.R.S. § 10-3-1117(2)(a) was served by process server upon C T Corporation System on May 1, 2020.

11. Pursuant to C.R.S. § 10-3-1117, Defendant had 30 days after receipt of the request to send the required information to Plaintiff's counsel.

12. On June 5, 2020, Defendant provided information regarding one policy with bodily injury liability coverage to Plaintiff's counsel.

13. On August 26, 2022, Defendant provided information regarding an umbrella policy that was in effect at the time of the subject collision.

14. Pursuant to C.R.S. § 10-3-1117(3), an insurer who violates this section is liable to the requesting claimant for damages in an amount of one hundred dollars per day, beginning on and including the thirty-first day following the receipt of the claimant's written request, as well as attorney's fees and costs incurred by a claimant in enforcing the penalty.

15. The penalty being requested by Plaintiff accrues until the insurer provides the information required by C.R.S. § 10-3-1117(3).

16. Defendant's disclosure occurred 820 days after the expiration of the disclosure deadline in C.R.S. § 10-3-1117.

17. Defendant's penalty for failing to comply with the provisions of C.R.S. §10-3-1117 is $82,000.00, in addition to attorney's fees and costs.

WHEREFORE, Plaintiff requests that this Court enter judgment for her and against Defendant in the amount of $82,000.00, as well as attorney's fees and costs, expert

witness fees, statutory interest from the date this cause of action accrued or as otherwise permitted under Colorado law; pre-judgment and post-judgment interest on any award of damages to the extent permitted by law; and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 7th day of April 2023.

                                        **GALPERIN AND ASSOCIATES**

*Original Signature on File at the Offices*
*Of Galperin and Associates, PC*

By: */s/ Rebecca Bilello*
Jacob Galperin, Esq. #45625
Rebecca Bilello, Esq. #51601
**ATTORNEYS FOR PLAINTIFF**

<u>Plaintiff's Address:</u>
8845 Sassafras Street
Parker, Colorado 80134

*This Complaint was filed with the Court through the ICCES Electronic Filing Procedures, under C.R.C.P. 121, § 1-26. As required by those rules, the original signed copy of this Complaint is on file with Galperin & Associates, P.C.*