IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 23-cv-01080-PAB-KAS

DAWN GEIGER,

    Plaintiff,

v.

CHUBB GROUP,
CHUBB, and
GREAT NORTHERN INSURANCE COMPANY, d/b/a CHUBB,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the Court on the Recommendation of United States Magistrate Judge [Docket No. 130]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 130 at 6; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on November 1, 2024. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 130] is **ACCEPTED**.  It is further

**ORDERED** that the Unopposed Attorneys' Fee Request in Connection with Order Granting Sanctions Motions [Docket No. 128] is **GRANTED**.  It is further

**ORDERED** that defendants Chubb Indemnity Insurance Company, Federal Insurance Company, Chubb INA Holdings Inc. n/k/a Chubb INA Holdings LLC, and Chubb Group Holdings Inc. are collectively awarded attorneys' fees in the amount of $15,224.50 from plaintiff.

DATED November 20, 2024.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).