IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 23-cv-01080-PAB-KAS

DAWN GEIGER,

     Plaintiff,

v.

CHUBB INDEMNITY INSURANCE COMPANY,
GREAT NORTHERN INSURANCE COMPANY,
CHUBB LIMITED,
CHUBB GROUP,
CHUBB,
GREAT NORTHERN INSURANCE GROUP d/b/a/ CHUBB,
FEDERAL INSURANCE COMPANY,
CHUBB INA HOLDINGS INC., and
CHUBB GROUP HOLDINGS INC.,

     Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 91] of Chief United States District Judge Philip A. Brimmer entered on February 27, 2024, Order [Docket No. 92] of Chief United States District Judge Philip A. Brimmer entered on February 27, 2024, and Order [Docket No. 134] of Chief United States District Judge Philip A. Brimmer entered on March 14, 2025, it is

ORDERED that Great Northern Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint [Docket No. 40] is GRANTED.  It is further

ORDERED that Improper Defendants' Motion to Dismiss Amended Complaint [Docket No. 41] is GRANTED in part and DENIED in part.  It is further

ORDERED that plaintiff's claim is dismissed with prejudice against defendants Chubb Indemnity Insurance Company, Great Northern Insurance Company, Federal Insurance Company, Chubb INA Holdings Inc., and Chubb Group Holdings Inc.  It is further

ORDERED that Defendant Chubb Limited's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction [Docket No. 66] is GRANTED.  It is further

ORDERED that plaintiff's claim is dismissed against Chubb Limited without prejudice.  It is further

ORDERED that Motion to Dismiss "Chubb Group," "Chubb," and "Great Northern Insurance Group d/b/a Chubb" [Docket No. 104] is GRANTED.  It is further

ORDERED that plaintiff's claim is dismissed with prejudice against Chubb Group, Chubb, and Great Northern Insurance Group d/b/a Chubb.  It is further

ORDERED that judgment shall enter in favor of defendants and against plaintiff. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: March 14, 2025.


                                        FOR THE COURT:

                                        Jeffrey P. Colwell, Clerk


                                        By s/ S. Grimm
                                            Deputy Clerk